**AFFINITY LABS OF TEXAS, LLC, Appellant**

v.

**SAMSUNG ELECTRONICS CO. LTD, Samsung Electronics America, Inc., HTC Corp., HTC America, Inc., Appellees**

**2016–1208**

United States Court of Appeals, Federal Circuit.

October 17, 2016

RYAN MICHAEL SCHULTZ, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented EMILY ELIZABETH NILES.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for all defendants-appellees. Defendants-appellees Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. also represented by JON STEVEN BAUGHMAN; BRIAN P. BIDDINGER, New York, NY; GABRIELLE E. HIGGINS, East Palo Alto, CA.

JERRY ROBIN SELINGER, Patterson & Sheridan LLP, Dallas, TX, for defendants-appellees HTC Corp., HTC America, Inc. Also represented by BARDEN TODD PATTERSON, Houston, TX.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Taranto and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**